

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION III
1650 Arch Street
Philadelphia, Pennsylvania 19103-2029

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 NOV 21  PM 3: 12

November 19, 2007

United States District Court for the District of Delaware
Office of the Clerk
844 N. King Street
4th floor, Room 4209
Wilmington, Delaware 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 07-202

Re: Notice of Federal Superfund Lien on the Standard Chlorine of Delaware Superfund Site

Dear Clerk of the Court:

    Enclosed is a Notice of Federal Superfund Lien that I wish to file in your office on behalf of the U.S. Environmental Protection Agency ("EPA"). This lien is created pursuant to Section 107(l) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9607(l). The present owner of record of the subject property is Metachem Products, LLC.

    I have enclosed two duplicate copies of the lien. Kindly stamp one set with the date filed and its assigned miscellaneous docket number, and return it in the enclosed self-addressed stamped envelope.

    Thank you for your cooperation in this matter. If you have any questions, please contact me at (215) 814-2609.

Sincerely,

*Hilda Burgos*

Hilda E. Burgos
Senior Assistant Regional Counsel

cc:    Metachem Products, LLC
        c/o Corporation Service Company

Enclosures

*Printed on 100% recycled/recyclable paper with 100% post-consumer fiber and process chlorine free.*
*Customer Service Hotline: 1-800-438-2474*