IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF | : |
| | : |
| STANDARD CHLORINE OF DELAWARE  :  MISC. NO. | |
| SUPERFUND SITE | : |
| | :  U. S. DISTRICT COURT - DE |
| 0 Governor Lea Road | :  MISC. CASE #  07-202 |
| New Castle County, Delaware | : |

REQUEST TO FILE
NOTICE OF FEDERAL SUPERFUND LIEN

The United States hereby states that it holds a lien on the property known as the Standard Chlorine of Delaware Superfund Site, and requests the filing of such lien. This lien is created pursuant to Section 107(l) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §9607(l). Pursuant to Section 107(l) of CERCLA, the proper place of filing of this Notice of Federal Superfund Lien is in the United States District Court. A copy of the Notice of Federal Superfund Lien, including a property description, is attached.

Respectfully submitted,

*Hilda Burgos* (signature)

Hilda E. Burgos
Senior Assistant Regional Counsel