IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF                    :

STANDARD CHLORINE OF DELAWARE     :     MISC. NO.
SUPERFUND SITE                        :

                                           :      **U. S. DISTRICT COURT - DE**
0 Governor Lea Road                  :      **MISC. CASE # 07- 202**
New Castle County, Delaware         :

ORDER

AND NOW, this       day of            , 2007, upon consideration of the

Request to file Notice of Federal Superfund Lien filed by the United States Environmental

Protection Agency, it is hereby

ORDERED

that the Request of the United States Environmental Protection Agency is GRANTED.

_____