IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF :
:
STANDARD CHLORINE OF DELAWARE : MISC. NO.
SUPERFUND SITE :
: U. S. DISTRICT COURT - DE
0 Governor Lea Road : MISC. CASE # 07-202
New Castle County, Delaware :

ORDER

AND NOW, this 30th day of November, 2007, upon consideration of the Request to file Notice of Federal Superfund Lien filed by the United States Environmental Protection Agency, it is hereby

ORDERED

that the Request of the United States Environmental Protection Agency is GRANTED.

_____